UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MICHAEL HEBERT (#263630)**

**VERSUS**

**CITY OF BATON ROUGE, ET AL.**

**CIVIL ACTION**

**NO. 15-850-JWD-RLB**

### O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 21, 2016, to which no objection was filed:

**IT IS ORDERED** the Motion to Dismiss (R. Doc. 18) is denied.

Signed in Baton Rouge, Louisiana, on February 13, 2017.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**