UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL HEBERT (#263630)

VERSUS

CITY OF BATON ROUGE, ET AL.

CIVIL ACTION

NO. 15-850-JWD-RLB

O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 22, 2017, to which an objection was filed:

**IT IS ORDERED** that the Motions to Dismiss (R. Docs. 99 and 100) are denied, and this matter is referred back to the undersigned for further proceedings.

Signed in Baton Rouge, Louisiana, on April 5, 2017.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA