UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL HEBERT (#263630)

VERSUS

CITY OF BATON ROUGE, ET AL.

CIVIL ACTION

NO. 15-850-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 29, 2017, to which an objection was filed:

**IT IS ORDERED** that the defendant's Motion to Dismiss (R. Doc. 64) is granted in part, and the plaintiff's medical malpractice claims against defendant Dr. Whitfield are dismissed, without prejudice. In all other regards, the defendant's Motion (R. Doc. 64) is denied.

Signed in Baton Rouge, Louisiana, on April 4, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA