# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MICHAEL HEBERT (#263630)**

**VERSUS**

**CITY OF BATON ROUGE, ET AL.**

**CIVIL ACTION**

**NO. 15-850-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 16, 2017, to which an objection was filed:

**IT IS ORDERED** that the defendants' Motion to Dismiss (R. Doc. 106) is granted in part, and the plaintiff's official capacity claims against defendants Gautreaux and Grimes are dismissed, with prejudice.

**IT IS FURTHER ORDERED** that to the extent the plaintiff is asserting a claim against defendants Gautreaux and Grimes in their individually capacities for failure to provide a constitutionally adequate medical system, that the Motion is granted to dismiss said claim with prejudice.

**IT IS FURTHER ORDERED** that in all other regards, the defendants' Motion (R. Doc. 106) is denied.

Signed in Baton Rouge, Louisiana, on <u>August 25, 2017</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**