UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL HEBERT (#263630)

CIVIL ACTION

VERSUS

NO. 15-850-JWD-RLB

CITY OF BATON ROUGE, ET AL.

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report issued December 14, 2017, (Doc. 252), and to which an objection was filed:

**IT IS ORDERED** that the Motion for Summary Judgment (R. Doc. 171) is granted, and the plaintiff's claims against defendant Dr. Raman Singh are dismissed, without prejudice, and that this matter is referred back to the undersigned for further proceedings as appropriate.

Signed in Baton Rouge, Louisiana, on January 2, 2018.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**