# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**MICHAEL HEBERT (#263630)**

**VERSUS**

**CITY OF BATON ROUGE, ET AL.**

**CIVIL ACTION**

**NO. 15-850-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report issued December 14, 2017, (Doc. 253), and to which an objection was filed:

**IT IS ORDERED** that the Motion for Summary Judgment (R. Doc. 184), is granted, dismissing the plaintiff's claims asserted against defendant Dr. Whitfield, with prejudice.

Signed in Baton Rouge, Louisiana, on <u>January 2, 2018</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**