# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MICHAEL HEBERT (#263630)**

**VERSUS**

**CITY OF BATON ROUGE, ET AL.**

**CIVIL ACTION**

**NO. 15-850-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 1, 2018 (Doc. 373), the Court adopts the report and recommendation of the magistrate judge. The Court notes that it has reviewed both the objection filed by Plaintiff, (Doc. 376) and the report and recommendation issued by the Magistrate Judge, (Doc. 373), and finds no error of fact or law. Indeed, the Court agrees with the assessment of the Magistrate Judge.

**IT IS ORDERED** that the Motion for Summary Judgment (R. Doc. 338) is granted, and the plaintiff's claims against defendant Dr. Bridges are dismissed, with prejudice.

**IT IS FURTHER ORDERED** that the Court declines to exercise of supplemental jurisdiction over the plaintiff's state law claims against this defendant, and this matter is referred back to the undersigned for further proceedings as appropriate.

Signed in Baton Rouge, Louisiana, on <u>December 6, 2018</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**